IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JIM DAVIS and SHANNON PARKER DAVIS, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 614-120 |
| NATIONWIDE INSURANCE COMPANY OF AMERICA; JOHN PAUL EDWALDSON; SOUTH GEORGIA INSURANCE ASSOCIATES, L.P.; GAIN, LLC; and BAYVIEW LOAN SERVICING, LLC, | * * * * * * * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is a Stipulation of Dismissal with Prejudice as to all parties[1] in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 50.) The Court hereby **DISMISSES WITH PREJUDICE** all of Plaintiffs' claims. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of June, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties extend the stipulated dismissal to claims against those improperly named or described Defendants, including Georgia Agents Insurance Network, Inc. (identified as "GAIN, LLC"), Nationwide Agribusiness Insurance Company (identified as "Nationwide Insurance Company of America"), John Paul Edwaldsen (identified "John Paul Edwaldson" or "John Paul Watson" or "John Paul Wilson"), and The Baldwin Agency, Inc. (identified only in an attachment to the Complaint, Doc. 1-2 at 9).